O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Backgate Designs, Inc., a California corporation,<br><br>             Plaintiff,<br><br>   v.<br><br>College of the Dessert Alumni Assoc., Inc., a California corporation, Andrew Dorf, an individual doing business as A&A Distributors and/or A&A Hats and Visors, and J&K Import and Export, Inc., a California corporation,<br><br>             Defendants. | CV 10-4857 RSWL (SSx)<br><br>**ORDER Re: Plaintiff's Application for Entry of Default Judgment Against Defendant Andrew Dorf [17].** |

    On October 26, 2010, Plaintiff Backgate Designs, Inc.'s Application for Entry of Default Judgment Against Defendant Andrew Dorf, an individual doing business as A&A Distributors and/or A&A Hats and Visors, came before this Court for regular calendar [17]. The Court, having reviewed all papers submitted pertaining to this Application and having considered

1

all arguments presented to the Court, **NOW FINDS AND RULES AS FOLLOWS:**

    Plaintiff's Application for Entry of Default Judgment Against Defendant Andrew Dorf is **GRANTED.**

    The Court finds that Defendant Dorf has not appeared in this action and has not responded to Plaintiff's Complaint within the time permitted by law. On August 17, 2010, the Court Clerk approved Plaintiff's request for entry of default and entered default against Defendant Dorf [14]. With regard to entry of default judgment pursuant to Local Rule 55, Plaintiff has met all procedural requirements.

    Furthermore, based on a balancing of the <u>Eitel v. McCool</u> factors, Plaintiff has met the substantive requirements. 782 F.2d 1470, 1471-72 (9th Cir. 1986). Thus, because Plaintiff has met all procedural and substantive requirements, Plaintiff's Application for Entry of Default Judgment is **GRANTED.**

    As to the permanent injunction, the Court finds that Plaintiff has met all of the substantive factors articulated by the United States Supreme Court in <u>eBay v. MercExchange Inc</u>. 547 U.S. 388, 390 (2006). Accordingly, this Court hereby enters a permanent injunction against Defendant Dorf and his officers, directors, employees, agents, licensees, representatives, affiliates, related companies, servants, successors and assigns, and any and all persons acting in privity or in concert with any of

them, permanently enjoining them from making, selling, or offering to sell products infringing on U.S. Patent No. D557,487.

DATED: October 27, 2010

**IT IS SO ORDERED.**

RONALD S.W. LEW
———————————————
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge