IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGATE DESIGNS, INC., a California corporation,<br><br>        Plaintiff,<br><br>        vs.<br><br>COLLEGE OF THE DESERT ALUMNI ASSOCIATION, INC., a California corporation,<br><br>ANDREW DORF, an individual doing business as A&A DISTRIBUTORS and/or A&A HATS AND VISORS,<br><br>And<br><br>J&K IMPORT AND EXPORT, INC., a California corporation,<br><br>        Defendants.<br><br>AND RELATED CROSS-CLAIM. | Case No. 2:10-cv-04857-RSWL (SSx)<br><br>Assigned to: Hon. Ronald S.W. Lew<br><br>**ORDER GRANTING CONSENT INJUNCTION**<br><br>Date Action Filed: June 30, 2010<br>Trial Date: Not yet assigned |

SM01DOCS\830805.1

[PROPOSED] ORDER GRANTING CONSENT INJUNCTION AGAINST J & K IMPORT AND EXPORT, INC.

Upon the Stipulation re Consent Injunction, and good cause appearing therefor,

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** as follows:

Defendant J&K Import and Export, Inc. and its agents, servants, employees and all persons in active concert and participation with it who receive actual notice of the Stipulation and Consent Injunction are hereby permanently restrained and enjoined from infringing upon the '478 Patent, either directly or contributorily, in any manner, including generally, but not limited to manufacturing, importing, distributing, advertising, selling and/or offering for sale any unauthorized products that depict the product shape as shown in the '478 Patent, or are colorable imitation of the product shown in the '478 Patent, or embodiment of said Configuration.

In addition, Defendant J&K Import and Export, Inc. is permanently restrained from engaging the following acts:

(a) Committing any other acts calculated to cause others to engage in commercial activities of manufacturing, importing, distributing, advertising, selling and/or offering for sale any unauthorized products that depict the product shape as shown in '478 Patent, or are colorable imitation of the product shown in the '478 Patent, or embodiment of said Configuration, unless Plaintiff consents; and

(b) Assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to above.

Except as set forth above, Plaintiff's claims against Defendant J&K Import and Export, Inc. are hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: March 28, 2011

_RONALD S.W. LEW_
Hon. Ronald S.W. Lew,
Senior, U.S. District Court Judge

[PROPOSED] ORDER GRANTING CONSENT INJUNCTION AGAINST J & K IMPORT AND EXPORT, INC.